# Exhibit 2

Non-Method Claim: 1

| US9445183 | Asus ROG Cetra True Wireless ("The accused product") |
|---|---|
| 1. An audio content delivery device comprising: | The accused product is an audio content delivery device (e.g., left and right earbuds).<br><br>As shown below, the accused product is a pair of true wireless earbuds (an audio content delivery device). They deliver audio content such as music, calls, and more via wireless connectivity.<br><br><br><br>https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/spec/ |



https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/



https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/

| | |
|---|---|
| a main in-the-ear body portion with a first side distal to a user, a second side medial to the user, a center of gravity, at least one speaker and a sound channel with a cavity; | The accused product discloses a main in-the-ear body portion (e.g., portion of the earbud inside user' ear) with a first side distal to a user (e.g., e.g., the part of the earbud visible externally when worn), a second side medial to the user (e.g., e.g., the part of the earbud not-visible externally when worn), a center of gravity (e.g., center of gravity of the earbud), at least one speaker (e.g., speaker of the earbud) and a sound channel (e.g., channel present between a speaker and the ear tip) with a cavity (e.g., cavity formed by the body of the earbud).<br><br>As shown below, the accused product has a main body worn by the user. The main body consists of a first side, which is externally visible when worn and distal to the user, and a second side, which is not externally visible when worn and resides inside the user's ear (medial to the user). The body of the accused product contains an internal cavity that houses components such as the speaker, battery, and other elements. These components influence the center of gravity of the main body. The center of gravity is determined by suspending the main body with a string along multiple axes and identifying the intersection of those axes. It is determined that the center of gravity is closer to the second side of the body, which is inside the user's ear when worn.<br><br><br><br>https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/ |



https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/



https://www.youtube.com/watch?v=XqgA4OZDP-M



https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/



Source: Teardown of the accused product

|  | **Procedure:**<br>1. Tie a string to the weight.  Hold the end of the string and balance the hook of the hanger on your finger.  Let the hanging mass pull the string straight down.  Draw a line on the paper along the string.  Balance the hanger from a corner with the string.  Again, allow the mass to hang down and trace a line along the string.  Now balance the other corner while holding the string and repeat the tracing.  The point where all three lines intersect is the center of mass for the hanger.<br>• Describe where the center of mass is.<br>• Describe how to find the center of mass for other irregular objects.<br><br>https://www2.csr.utexas.edu/grace/GRACE_Edu_Poster/1-Finding_Your_Ctr_of_Mass.pdf |
|---|---|

| | |
|---|---|
| | <br>Source: Usage of the accused product (C.G. determination using plumb line method) |
| the speaker positioned within the cavity such that the center of gravity of the audio content delivery device is closer to the second side and more medial to the user | The accused product discloses a speaker (e.g., speaker of the earbud), the speaker (e.g., speaker of the earbud) positioned within the cavity (e.g., cavity formed by the body of the earbud) such that the center of gravity (e.g., center of gravity of the earbud) of the audio content delivery device (e.g., left and right earbuds) is closer to the second side (e.g., e.g., the part of the earbud not-visible externally when worn) and more medial to the user for ensuring that the audio content delivery device (e.g., left and right earbuds) remains |

| | |
|---|---|
| for ensuring that the audio content delivery device remains situated in the user's ear during physical activity; | situated in the user's ear during physical activity (e.g., physical activity such as walking).<br><br>As shown below, the body of the accused product contains an internal cavity that houses components such as the speaker, battery, and other elements. These components influence the center of gravity of the main body. The center of gravity is determined by suspending the main body with a string along multiple axes and identifying the intersection of those axes. It is determined that the center of gravity is closer to the second side of the body, which is inside the user's ear when worn. This design helps the earbud stay securely within the user's ear while walking.<br><br><br>https://www.youtube.com/watch?v=XqgA4OZDP-M |



https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/



Source: Teardown of the accused product

|  | **Procedure:**<br>1. Tie a string to the weight.  Hold the end of the string and balance the hook of the hanger on your finger.  Let the hanging mass pull the string straight down.  Draw a line on the paper along the string.  Balance the hanger from a corner with the string.  Again, allow the mass to hang down and trace a line along the string.  Now balance the other corner while holding the string and repeat the tracing.  The point where all three lines intersect is the center of mass for the hanger.<br>• Describe where the center of mass is.<br>• Describe how to find the center of mass for other irregular objects.<br><br>https://www2.csr.utexas.edu/grace/GRACE_Edu_Poster/1-Finding_Your_Ctr_of_Mass.pdf |



Source: Usage of the accused product (C.G. determination using plumb line method)

| | |
|---|---|
| | <br>https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/ |
| the audio content delivery device further comprising in the cavity a wireless receiver with antenna, a processor, a memory, and a power supply for receiving digital audio content and transmitting the digital audio content to the at least one speaker. | The accused product discloses that the audio content delivery device (e.g., left and right earbuds) further comprising in the cavity (e.g., cavity formed by the body of the earbud) a wireless receiver (e.g., Bluetooth module) with antenna (e.g., Bluetooth antenna), a processor (e.g., processor of the Bluetooth module), a memory (e.g., memory of the Bluetooth module), and a power supply (e.g., Li-po battery) for receiving digital audio content (e.g., audio content such as music, calls, and more) and transmitting the digital audio content to the at least one speaker (e.g., speaker of the earbud).<br><br>As shown below, the body of the accused product contains an internal cavity that houses components such as the speaker, battery, and other elements. These components include a Bluetooth module, which comprises a Bluetooth transceiver, a Real-M300 processor, and flash memory. The accused product delivers audio content, such as music, calls, and more, wirelessly, which is played through the speaker housed in the cavity. |



https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/



Source: Teardown of the accused product



Source: Teardown of the accused product

- The RTL8773B is the ideal ANC (Active Noise Cancellation) Bluetooth 5 Audio SoC for AI Headset application. It supports the latest Bluetooth 5 specification and Hybrid ANC, and also provides very low power consumption during music-playback and phone conversations. The RTL8773B can help makers easily upgrade to a premium model with ANC plus Bluetooth function, as well as offering high-resolution audio quality for a better user experience.

https://bcaward.computex.biz/download/2019/winnerPdf/8069.pdf



https://bbs.16rd.com/thread-565539-1-1.html



https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/



https://rog.asus.com/us/headsets-audio/in-ear-headphone/rog-cetra-true-wireless-model/

|  |  |
|--|--|
|  |  |